AMBOS *v.* SAVANNAH, THUNDERBOLT & ISLE OF HOPE RAILWAY.

LEWIS, J. It appearing to this court that, since the refusal of the application for temporary injunction by the court below, the defendant has done all the acts sought to be enjoined, no supersedeas having been granted, the writ of error is dismissed without prejudice. This case is controlled by the decision in *Gallaher* v. *Schneider*, 110 *Ga.* 322.

> *Writ of error dismissed. All the Justices concurring.*

Argued June 13,—Decided July 20, 1901.

Motion to dismiss the writ of error.

*R. R. Richards,* for plaintiff.
*Osborne & Lawrence,* for defendant.

---

SAVANNAH AND STATESBORO RAILWAY COMPANY *v.* PUGHSLEY.

SIMMONS, C. J. The evidence for the plaintiff, which was believed by the jury, showing that a coemployee of the plaintiff was furnished with a defective tool by the master, with full notice to the latter of the defect, and that by reason of this defect and of the use of the defective tool by such coemployee the plaintiff, who neither had nor was chargeable with notice of the defect in the tool, was injured, a verdict finding the master liable for the injuries thus sustained will not, after its approval by the trial judge, be set aside by this court as contrary to law and the evidence.

> *Judgment affirmed. All the Justices concurring.*

Argued June 13,—Decided July 20, 1901.

Action for damages. Before Judge Seabrook. Bryan superior court. December 15, 1900.

*Groover & Johnston* and *Brannen & Moore,* for plaintiff in error.
*H. B. Strange,* contra.

---

BIRD *v.* BURGSTEINER, for use, etc.

SIMMONS, C. J. When in the superior court a case is dismissed for want of prosecution, its reinstatement is a matter within the sound discretion of the court. There was no abuse of discretion in refusing to reinstate the present case.

> *Judgment affirmed. All the Justices concurring.*

Submitted June 13, — Decided July 20, 1901.

Motion to reinstate. Before Judge Seabrook. Effingham superior court. November 13, 1900.

*A. C. Wright,* for plaintiff in error.